Defendant: JUSTO BETANCOURT
Case Number: 8:15CR269-001

FILED Page 2 of 6
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 JUN 13 PM 1:51

## IMPRISONMENT

OFFICE OF THE CLERK

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred twenty (120) months on count I and 60 months on count VII, said terms of imprisonment to be served consecutively.**

The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant participate in the 500-hour Comprehensive Drug Treatment Program or any similar drug treatment program available.

2. That the defendant be incarcerated in a federal facility as close to his family in Miami, FL as possible.

3. Defendant should be given credit for time served.

(X)        The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20___.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the 25 day of _May_, 20 16 to _____ COL _____, with a certified copy of this judgment

_Shannon D. Withers, Warden_
UNITED STATES WARDEN

BY: _DM CSO_

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this 25 day of _May_, 20 16.

_Shannon D. Withers, Warden_
UNITED STATES WARDEN

BY: _DM CSO_

11:33 JUN13'16 USMSNE